PHILLIPS & GARCIA, P.C.
Carlin J. Phillips
13 Ventura Drive
Dartmouth, MA 02747
Email: cphillips@phillipsgarcia.com
Telephone: (508)-998-0800

*Attorney for Plaintiff Gonneville*

BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (SBN 3568)
Email: rpocker@bsfllp.com
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac Vice* to be filed)
Email: mark.bettilyon@tnw.com
Jed H. Hansen (*Pro Hac Vice* to be filed)
Email: hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

*Attorneys for Defendant Lens.com, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA GONNEVILLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENS.COM, INC.,<br><br>Defendants. | Case No.: 2:24-cv-01151-RFB-BNW<br><br>**JOINT STATUS REPORT**<br><br>Judge: Richard F. Boulware, II<br><br>Action Filed: February 23, 2024 |

Pursuant to Minute Entry No. 46, the Court requested a Joint Status Report from the parties. On March 10, 2025, the federal district of Massachusetts granted the Defendant's motion to transfer this case to Nevada. Accordingly, on March 14, 2025, the Massachusetts federal district court ordered the case transferred to Nevada. Because of the transfer, the Massachusetts district court did not rule on Defendant's motion to dismiss [ECF No. 21], which remains pending.

*Gonneville* is one of five class action cases filed against the defendant

involving the same or similar allegations of a wrongful charge for "Taxes & Fees." The other four cases, which have all been consolidated before Judge Dorsey for purposes of discovery, are as follows: 1) *Franks v. Lens.com, Inc.*, 2:24-cv-00724 in the District of Nevada; 2) *Nail v. Lens.com, Inc.*, transferred from the Central District of California to the District of Nevada as Case No. 2:24-cv-01149; 3) *Fitzpatrick v. Lens.com, Inc.*, transferred from the Northern District of Illinois to the District of Nevada as Case No. 24-cv-02203; and 4) *Martin v. Lens.com, Inc.* transferred in part from the Southern District of Florida to the District of Nevada as Case No. 2:24-cv-02160 ("Consolidated Cases"). The proposed classes in these lawsuits overlap.

A scheduling order was recently entered in the Consolidated Cases. Plaintiff's counsel in *Gonneville* worked with Plaintiffs' counsel in the Consolidated Cases on a proposed schedule in anticipation of *Gonneville* being added to the Consolidated Cases. Defendant agrees that consolidation of *Gonneville* with the four other pending cases promotes judicial efficiency, coordinates discovery efforts and ensures consistent judicial decisions. Accordingly, the parties in *Gonneville* intend to file a Joint Motion to Consolidate the *Gonneville* action with the four cases pending before Judge Dorsey.

DATED: March 31, 2025

PHILLIPS & GARCIA, P.C.

By: /s/ Carlin J. Phillips
Carlin J. Phillips

*Attorney for Plaintiff Gonneville*

BOIES SCHILLER FLEXNER LLP

By: /s/ Richard J. Pocker
Richard J. Pocker

THORPE NORTH & WESTERN LLP

Mark M. Bettilyon
Jed H. Hansen

*Attorneys for Defendant Lens.com, Inc.*