UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Oren Franks,<br><br>    Plaintiff<br>v.<br><br>Lens.com,<br><br>    Defendant<br>_____<br><br>Angela Gonneville,<br><br>    Plaintiff<br>v.<br><br>Lens.com,<br><br>    Defendant | Consolidated Case No.<br>2:24-cv-00724-JAD-NJK<br><br>[ECF No. 52]<br><br><br><br><br><br><br><br>Case No.: 2:24-cv-001151-RFB-BNW<br><br>[ECF No. 48] |

**Order Granting Motion to Consolidate**

Five separate cases have been filed in this district against Lens.com over alleged hidden taxes and fees added to online contact-lens purchases from the Lens.com website. The first four of those cases have been consolidated, and both parties in the last-filed action, *Gonneville v. Lens.com*, Case No. 2:24-cv-001151-RFB-BNW, jointly move to consolidate this fifth case with the others.

Federal Rule of Civil Procedure 42(a) governs the consolidation of separate actions. When multiple cases "involve a common question of law or fact," district courts may join them for any or all matters at issue, consolidate the suits, or issue any other order that would prevent

unnecessary cost or delay.[1] The threshold question is whether the cases involve common questions of law or fact.[2] If common questions exist, the court must balance the savings of time and effort that consolidation will yield against any inconvenience, delay, confusion, or prejudice that may result.[3] "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."[4] This district's Local Rule 42-1 also permits the assignment of related cases to a single district judge and magistrate judge.

The undersigned judges have determined that these cases involve many identical questions of law and fact and that their transfer to a single judge would be economical. **IT IS THEREFORE ORDERED** that

- The joint motion to consolidate the *Gonneville* case into the consolidated action **[ECF No. 52 in 2:24-cv-00724-JAD-NJK and ECF No. 48 in 2:24-cv-001151-RFB-BNW]** is **GRANTED**;
- *Gonneville v. Lens.com*, Case No. 2:24-cv-001151-RFB-BNW is **transferred and reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Nancy J. Koppe.**

Dated this 6th day of May, 2025.

_____
U.S. District Judge Jennifer A. Dorsey

_____
U.S. District Judge Richard F. Boulware

---

[1] Fed. R. Civ. P. 42(a).
[2] *Id.*
[3] *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).
[4] *Hall v. Hall*, 584 U.S. 59, 77 (2018).